```
PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KIRAN C. KAKI,<br><br>    Defendant. | Case No. 5:23-po-00070-CDB<br><br>[Citation #E1200647, CA/71]<br><br>MOTION AND ORDER FOR DISMISSAL |

   The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #E1200647, CA/71] in Case No. 5:23-po-00070-CDB against KIRAN C. KAKI, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 17, 2023                           Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                        By:   /s/ *Chan Hee Chu*
                                              CHAN HEE CHU
                                              Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America filed pursuant to Rule 48(a), Fed. R. Crim. P. (Doc. 9) that [Citation #E1200647, CA/71] in Case No. 5:23-po-00070-CDB against KIRAN C. KAKI be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 17, 2023**              _____
UNITED STATES MAGISTRATE JUDGE